AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| AFFORDABLE AERIAL PHOTOGRAPHY, INC., <br> *Plaintiff* <br> v. <br> PARTNERSHIP REALTY, INC. and REBECCA LYNNE BUZZELLI, <br> *Defendant* | Civil Action No. 9:23-cv-81343-RLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PARTNERSHIP REALTY, INC
Please serve Registered Agent:
Ismael Alvarez
1663 S Congress Ave
West Palm Beach, FL 33406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MARIAN V. QUINTERO
SRIPLAW, P.A.
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
marian.quintero@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Angela E. Noble
Clerk of Court

Date: Oct 3, 2023


s/ W. Cendejas
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| AFFORDABLE AERIAL PHOTOGRAPHY, INC., <br> *Plaintiff* <br> v. <br> PARTNERSHIP REALTY, INC. and REBECCA LYNNE BUZZELLI, <br> *Defendant* | Civil Action No. 9:23-cv-81343-RLR |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   REBECCA LYNNE BUZZELLI
11206 SW Meadowlark Circle
Stuart, FL 34997

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MARIAN V. QUINTERO
SRIPLAW, P.A.
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
marian.quintero@sriplaw.com

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Oct 3, 2023

**SUMMONS**

s/ W. Cendejas
Deputy Clerk
U.S. District Courts